*UNITED STATES BANKRUPTCY COURT*
*DISTRICT OF RHODE ISLAND*

| In Re: Jonathan S. Metrano and Cheryl Metrano | BK No. 1:15–bk–11875 |
|---|---|
| Debtor(s) | Chapter 13 |

*ORDER GRANTING MOTION/APPLICATION (doc# 96 ) BY RULE OF COURT*

*Re: Motion for Discharge Pursuant to 1328(i)*
*filed by the debtors*

The above document was filed, served and noticed under local rules. No timely response was filed.

Under local rule 9013–2(a), it is ordered that the motion/application (doc.# 96 ) is GRANTED .

*So Ordered:*

/s/ Diane Finkle
U.S. Bankruptcy Court Judge

Date: **6/30/21**

Entered on Docket: **6/30/21**
Document Number: **107 – 96**

101.jsp

___

*The Federal Center · 380 Westminster Street, 6th Floor · Providence, RI 02903 · Tel: (401) 626–3100*

*Website: www.rib.uscourts.gov*